UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN L. LOZANO,<br><br>            Plaintiff,<br><br>vs.<br><br>R. AVALOS, et al.,<br><br>            Defendants.<br>_____/ | 1:05-cv-01245-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 6)<br><br>**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF JUDGMENT FOR DEFENDANTS** |

   Plaintiff, Julian L. Lozano ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On January 20, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To

date, plaintiff has not filed objections thereto.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 20, 2006, are ADOPTED in full; and,

2. This action is DISMISSED based on plaintiff's failure to obey the court's order of November 3, 2005.

3. The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

Dated: **March 3, 2006**          /s/ Robert E. Coyle
668554                            UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order served on plaintiff on January 30, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Death.

2